[No. 33398-8-II.   Division Two.   April 25, 2006.]

CLAIRE L. HALL ET AL., *Appellants,* v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-03899-9, D. Gary Steiner, J., entered June 15, 2005. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J. Now published at 133 Wn. App. 394.

[No. 33483-6-II.   Division Two.   April 25, 2006.]

MICHAEL LAWRENCE, *Appellant,* v. THE DEPARTMENT OF HEALTH, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 04-2-01925-4, Chris Wickham, J., entered July 5, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J. Now published at 133 Wn. App. 665.

[No. 24240-4-III.   Division Three.   April 25, 2006.]

RICHARD GREENBERG ET AL., *Appellants,* v. EMPIRE HEALTH SERVICES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 05-2-00340-0, Salvatore F. Cozza, J., entered May 23, 2005. *Reversed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kato, JJ.